**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2257

_____

REGINALD L. LEE,

                    Plaintiff - Appellant,

          v.

MAYOR AND CITY COUNCIL OF BALTIMORE; JAY A. DACKMAN, P.A.;
ANTHONY J. DELAURENTIS, P.A.; WILLIAM M. O'CONNELL, P.A.;
JOHN K. REIFF, P.A.; JACK E. REID; DELAURENTIS, REIFF &
REID, LLC; RON SROKA, P.A.; BENJAMIN ZAJDEL; STANLEY ALPERT,
P.A.; HEIDI S. KENNY, P.A.; KAREN M. AUTHEMENT, P.A.; MARY
F. KEENAN, Assistant Solicitor; KYRIAKOS MARUDAS, Assistant
Solicitor; A.J. BILLIG AUCTIONEERS,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   James  K.  Bredar,  District  Judge.
(1:12-cv-02418-JKB)

_____

Submitted: January 17, 2013      Decided:  January 22, 2013

_____

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Reginald Lee, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald L. Lee appeals the district court's order dismissing his civil complaint for lack of jurisdiction pursuant to the Rooker-Feldman[*] doctrine. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lee v. Mayor & City Council of Balt., No. 1:12-cv-02418-JKB (D. Md. filed Sept. 14, 2012; entered Sept. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983); Rooker v. Fid. Trust Co., 263 U.S. 413 (1923).